# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Wu & Associates, Inc. | ) | ASBCA Nos. 60107, 60536 |
| | ) | |
| Under Contract No. N40085-10-D-9451 | ) | |

APPEARANCE FOR THE APPELLANT:  Sean T. O'Meara, Esq.
　　　　　　　　　　　　　　　　Archer & Greiner, P.C.
　　　　　　　　　　　　　　　　Haddonfield, NJ

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
　　　　　　　　　　　　　　　　　Navy Chief Trial Attorney
　　　　　　　　　　　　　　　　　Todd J. Wagnon, Esq.
　　　　　　　　　　　　　　　　　Russell A. Shultis, Esq.
　　　　　　　　　　　　　　　　　Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

The parties have settled their dispute and have requested that the Board enter judgment in favor of appellant. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' joint motion, that these appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $157,500. This amount is inclusive of all interest. No further interest shall be paid.

Dated: September 19, 2018

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60107, 60536, Appeals of Wu & Associates, Inc. rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals